# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2564

_____

Debry Allyn La Near,                     *
                                         *
            Appellant,                   *
                                         *  Appeal from the United States
       v.                                *  District Court for the Eastern
                                         *  District of Missouri.
Frances R. Slay, Mayor for the           *
City of St. Louis; Board of Police       *  [UNPUBLISHED]
Commissioners of the City of St.         *
Louis; Christopher Goodson, Col.;        *
JoAnn Freeman-Morrow, Col.;              *
Michael J. Quinn, Col.; Julius           *
Hunter, Col.; Amy Fiala, Sgt.            *
(Sprout) Metropolitan Police Dept.       *
for the City of St. Louis; John          *
Gregory Stempf,                          *
                                         *
            Appellees.                   *

_____

Submitted: October 2, 2009
Filed: October 28, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Debry Allyn La Near appeals the district court[1] orders concluding that certain claims in her civil action were time-barred under a five-year statute of limitations, and denying her motions for appointed counsel. After carefully reviewing the record and considering La Near's arguments, we find no basis for reversal. *See Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006) (denial of motion for appointed counsel is reviewed for abuse of discretion); *Eichenwald v. Small*, 321 F.3d 733, 736 (8th Cir. 2003) (district court's application of state's statute of limitations is reviewed de novo).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.